UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
Angela Nascondiglio, Esq.
nascondiglio@middlebrooksshapiro.com
Counsel for the Chapter 13 Debtor,
Alexandra M. Della Terza

| In Re: | Case No.: | 16-32386-JKS |
|---|---|---|
| ALEXANDRA M. DELLA TERZA, | Judge: | John K. Sherwood |
| Chapter 13 Debtor. | Chapter: | 13 |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by __Ford Motor Credit Company__, creditor,

    A hearing has been scheduled for _____March 23, 2017_____, at 11:00 a.m.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☒ Payments have been made in the amount of $ _____1710.56_____, but have not been accounted for. Documentation in support is attached. (see "other" below)

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☐ Other (**explain your answer**):

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: March 1, 2017             /s/Alexandra M. Della Terza  
                                         Debtor's Signature

Date: _____          _____  
                                         Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*



**Receipt/Recibo**
Thank You/Gracias

Tracking Number (MTCN)/NO. De
Control del Envío (MTCN):
560-795-3276

******************************************

For Customer Service, please call
1-800-325-6000/Para comunicarse con el
servicio de atención al cliente, llame
al 1-800-325-6000.

Walgreens Store #07794
601 PASSAIC AVE, CALDWELL, NJ 07006

Payments/Servicio de Pago de Facturas
Cash/Dinero en efectivo

Operator ID/No. ID del Operador:
15

Date of Transaction/Fecha de transacción:
February 27, 2017/Febrero 27, 2017

Time of Transaction/Hora de la
Transacción:
:14 PM EST

Sender/Remitente:
DELLATERZA
D, FAIRFIELD, NJ 07004

Receiver/Destinatario:
D MOTOR CREDIT

Account #/
No. de Cuenta:                    **9148

City/
Código de la Ciudad:      COLORADOSPRING

Reference #/
No. de Referencia:              NONE

Expected Payout Location/
United States/Estados Unidos

Service Type/Tipo de Servicio:
URGENT/URGENTE

Transfer Amount/
Cantidad de Envío:          1,710.56 USD

Transfer Fees/
Cargos por Envío:       +     18.50 USD

Additional Fees/
Cargos Adicionales:     +      0.00 USD

Transfer Taxes/
Impuestos de Envío:     +      0.00 USD

Promotion Discount/
Descuento Promocional:  -      0.00 USD

Total/Total:                1,729.06 USD

Total to Receiver/Total
al Destinatario:            1,710.56 USD

For inquiries or comments in English,
please write to:/Para consultas o
comentarios en español, escriba a:
WESTERN UNION FINANCIAL SERVICES, INC.
P.O. Box 6036, Englewood, CO 80112

By signing this receipt, You agree that
You have reviewed the information set
forth above, and that this information
is accurate; You further acknowledge
that You have received a copy of the
Terms & Conditions, and that You agree
to these Terms & Conditions.
Al firmar este recibo, Usted reconoce que
ha revisado la información establecida
arriba, y que dicha información es
correcta, así mismo Usted reconoce que
ha recibido una copia de los Términos y
Condiciones, y que Usted está de acuerdo
con esos Términos y Condiciones.

Electronically signed by customer on
02/27/2017

***************************
*************
*************
***************************