UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
43709
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for CAB EAST LLC, serviced by Ford Motor Credit Company LLC

Order Filed on May 9, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

ALEXANDRA M. DELLA TERZA

Case No.: 16-32386(JKS)

Chapter 13

Hearing Date: 4-5-17

Judge: JKS

# ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: May 9, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Alexandra M. Della Terza
16-32386(JKS)
Order Providing for Monthly Payments for Stay Relief under Certain Circumstances
Page 2

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for CAB EAST LLC, serviced by Ford Motor Credit Company LLC, with the appearance of Jessica Minneci, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Ford Motor Credit Company LLC is the servicer for CAB EAST LLC the owner and lessor of a 2016 FORD EXPLORER bearing vehicle identification number 1FM5K8D80GGB38634 (hereinafter the "vehicle"), which vehicle is leased by the debtor..

2. The debtor shall make all lease payments to CAB EAST LLC, serviced by Ford Motor Credit Company LLC when due, being the 30th day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, CAB EAST LLC, serviced by Ford Motor Credit Company LLC shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and her attorney.

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the lease. In the event of a lapse of insurance for any period of time without intervening coverage, CAB EAST LLC, serviced by Ford Motor Credit Company LLC shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtor and hjer attorney.

4. The debtor shall pay to CAB EAST LLC, serviced by Ford Motor Credit Company LLC through the plan, a counsel fee of $506 which shall be paid by the trustee as an administrative priority expense.

5. At the end of the lease, if the debtor has not immediately purchased the vehicle in accordance with the lease end purchase option, CAB EAST LLC, serviced by Ford Motor Credit Company LLC shall have immediate stay relief <u>shall receive immediate stay relief without any application to the Court or notice to the debtor or her attorney and shall be permitted to immediately repossess and sell the vehicle.</u>

United States Bankruptcy Court
District of New Jersey

In re:  
Alexandra M. Della Terza  
     Debtor

Case No. 16-32386-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 10, 2017  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2017.  
db        +Alexandra M. Della Terza,   4 Oak Road,   Fairfield, NJ 07004-2906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2017 at the address(es) listed below:  
      Denise E. Carlon   on behalf of Creditor   QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Jessica M. Minneci   on behalf of Debtor Alexandra M. Della Terza jminneci@middlebrooksshapiro.com  
      John R. Morton, Jr.   on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company LLC mortonlaw.bcraig@verizon.net,   tfitz@mortoncraig.com;mhazlett@mortoncraig.com  
      Marie-Ann Greenberg   magecf@magtrustee.com  
      Melinda D. Middlebrooks   on behalf of Debtor Alexandra M. Della Terza middlebrooks@middlebrooksshapiro.com,   melindamiddlebrooks@gmail.com  
                                                                                                                   TOTAL: 5