Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 16−32386−JKS
                Chapter: 13
                Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alexandra M. Della Terza
   4 Oak Road
   Fairfield, NJ 07004

Social Security No.:
   xxx−xx−0579

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 10/12/17 at 11:00 AM

to consider and act upon the following:

*43* − Motion for Relief from Stay. Receipt Number 533536, Fee Amount $ 181. Filed by Rosemarie Arnold on behalf of Kathleen Fitzpatrick Brown, Leonard Brown. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Proposed Order) (zlh)

Dated: 9/14/17

                                  Jeanne Naughton
                                  Clerk, U.S. Bankruptcy Court