Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16−32386−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alexandra M. Della Terza
   4 Oak Road
   Fairfield, NJ 07004

Social Security No.:
   xxx−xx−0579

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       1/11/18
Time:       11:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
r Melinda D. Middlebrooks, Debtor's Attorney

COMMISSION OR FEES
$1,280.00,

EXPENSES
$29.86

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: December 4, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Alexandra M. Della Terza
    Debtor

Case No. 16-32386-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 04, 2017
                       Form ID: 137    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2017.
```
db          +Alexandra M. Della Terza,    4 Oak Road,    Fairfield, NJ 07004-2906
aty         +Rosemarie Arnold,    1386 Palisade Avenue,    Fort Lee, NJ 07024-5209
cr          +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
              Colorado Springs, CO 80962-2180
516536225    Best Buy Visa Card,    P.O. Box 78009,    Phoenix, AZ 85062-8009
516536226   +Bob's Discount Furniture,    Wells Fargo Financial National Bank,
              Client Processing-MAC N0003-038,    800 Walnut Street,    Des Moines, IA 50309-3605
516536227    Capital One Bank USA, N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516536228    Chase Cardmember Service,    PO Box 1423,    Charlotte, NC 28201-1423
516521158  ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
             (address filed with court: Ford Motor Credit Company, LLC,    PO Box 62180,
              Colorado Springs, CO 80962-4400)
516536229    Ford Credit,    PO Box 220564,    Pittsburgh, PA 15257-2564
516514803   +Law Offices of Rosemarie Arnold,    1386 Palisade Avenue,    Fort Lee, NJ 07024-5209
516536231   +Leonard Brown,    c/o Law Offices of Rosemarie Arnold,    1386 Palisade Avenue,
              Fort Lee, NJ 07024-5209
516536232    Quicken Loans, Inc,    PO Box 6577,    Carol Stream, IL 60197-6577
516536233    US Department of Education,    PO Box 740283,    Atlanta, GA 30374-0283
516536234   +Victoria's Secret,    PO Box 659728,    San Antonio, TX 78265-9728
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 04 2017 23:21:47     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2017 23:21:44     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516560744   +E-mail/Text: bankruptcyteam@quickenloans.com Dec 04 2017 23:22:05     Quicken Loans Inc.,
              635 Woodward Avenue,   Detroit, MI 48226-3408
516552019   +E-mail/Text: electronicbkydocs@nelnet.net Dec 04 2017 23:21:50     U.S. Department of Education,
              C/O Nelnet,   121 South 13th Street, Suite 201,    Lincoln, NE 68508-1911
                                                                                             TOTAL: 4
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516536230*  +Law Offices of Rosemarie Arnold,    1386 Palisade Avenue,    Fort Lee, NJ 07024-5209
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jessica M. Minneci    on behalf of Debtor Alexandra M. Della Terza jminneci@middlebrooksshapiro.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melinda D. Middlebrooks    on behalf of Debtor Alexandra M. Della Terza
               middlebrooks@middlebrooksshapiro.com, melindamiddlebrooks@gmail.com
                                                                                             TOTAL: 5
```