| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| MIDDLEBROOKS SHAPIRO, P.C.<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey 07081<br>(973) 218-6877<br>Angela Nascondiglio Stein, Esq.<br>anstein@middlebrooksshapiro.com<br>Counsel for Chapter 13 Debtor |
| In Re:<br><br>Alexandra M. Della Terza,<br><br>Chapter 13 Debtor. |

Order Filed on October 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 16-32386-JKS

Chapter: 13

Hearing Date: 10/14/2021

Judge: Sherwood

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☐ MORTGAGE ☒ LIEN ☐ OTHER (specify) _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 27, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 4 Oak Road, Fairfield, NJ 07004

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Leonard D. Brown & Kathleen Fitzpatrick Brown c/o Law Offices of Rosemarie Arnold, , J-290992-09
b. Current Assignee: _____
c. Current Servicer: _____
d. Date of Mortgage/Lien: 09/22/2009
e. Date of Recordation: 12/03/2009
f. Place of Recordation: Essex County
   i. Mortgage Book: _____
   ii. Page: _____
g. Original Principal Balance of Mortgage/Lien: $ 100,000.00

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court

District of New Jersey

In re:  
Alexandra M. Della Terza  
    Debtor

Case No. 16-32386-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Oct 27, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2021:**

**Recip ID**      **Recipient Name and Address**  
db      + Alexandra M. Della Terza, 4 Oak Road, Fairfield, NJ 07004-2906

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Denise E. Carlon  
    on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon  
    on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jessica M. Minneci  
    on behalf of Debtor Alexandra M. Della Terza jminneci@middlebrooksshapiro.com

John R. Morton, Jr.  
    on behalf of Creditor CAB East LLC  serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Marie-Ann Greenberg  
    magecf@magtrustee.com

Melinda D. Middlebrooks

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 27, 2021 | Form ID: pdf903 | Total Noticed: 1

on behalf of Debtor Alexandra M. Della Terza middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com

Rebecca Ann Solarz

on behalf of Creditor Quicken Loans Inc. rsolarz@kmllawgroup.com

TOTAL: 7