# MIDDLEBROOKS SHAPIRO, P.C.
### ATTORNEYS AT LAW
### 841 MOUNTAIN AVENUE, FIRST FLOOR
### SPRINGFIELD, NEW JERSEY 07081
TELEPHONE (973) 218-6877
TELECOPIER (973) 218-6878
EMAIL: MIDDLEBROOKS@MIDDLEBROOKSSHAPIRO.COM

MELINDA D. MIDDLEBROOKS, ESQ.*
JOSEPH M. SHAPIRO, ESQ.°
RICHARD P. SHAPIRO, ESQ. (1942-2002)
~
JESSICA M. MINNECI, ESQ.
ANGELA NASCONDIGLIO STEIN, ESQ.°

OF COUNSEL
MYRON S. LEHMAN, ESQ. (1928-2007)

*Also admitted in Tennessee
°Also admitted in New York

October 27, 2021

Clerk, United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
3rd Floor
Newark, New Jersey 07102

    Re:    Alexandra M. Della Terza,
             Case No. 16-32386-JKS

Dear Sir or Madam:

    Please allow this correspondence to serve as a request for a Certified Copy of the Order Granting Motion to Cancel and Discharge Mortgage or Lien re: Leonard D. Brown & Kathleen Fitzpatrick Brown (Docket No. 68).

    Enclosed is a check made payable to the Clerk, United States Bankruptcy Court District of New Jersey, in the amount of $12.00 ($11.00 per Order, plus $0.50 per page at 2 pages).

    Should you have any questions, please do not hesitate to contact us.

                          Sincerely,

                          /s/ Jessica M. Minneci
                          Jessica M. Minneci, Esq.

JMM
Enclosure
cc: Alexandra M. Della Terza (via email only)

*We are a debt relief agency.
We help people file for bankruptcy relief under the Bankruptcy Code.*

Case 16-32386-JKS    Doc 68    Filed 10/27/21    Entered 10/27/21 09:28:24    Desc Main
Document    Page 1 of 2

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>MIDDLEBROOKS SHAPIRO, P.C.<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey 07081<br>(973) 218-6877<br>Angela Nascondiglio Stein, Esq.<br>anstein@middlebrooksshapiro.com<br>Counsel for Chapter 13 Debtor | Order Filed on October 27, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

In Re:

Alexandra M. Della Terza,

Chapter 13 Debtor.

| | |
|---|---|
| Case No: | 16-32386-JKS |
| Chapter: | 13 |
| Hearing Date: | 10/14/2021 |
| Judge: | Sherwood |

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☐ **MORTGAGE**    ☒ **LIEN**    ☐ **OTHER** (specify) _____

The relief set forth on the following page is hereby **ORDERED.**

DATED: October 27, 2021

_____
Honorable John K. Sherwood
United States Bankruptcy Court




MIDDLEBROOKS SHAPIRO, P.C.
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
841 MOUNTAIN AVENUE, FIRST FLOOR
SPRINGFIELD, NEW JERSEY 07081

DV DANIELS NJ 070
29 OCT 2021 PM 5 L

Clerk, United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
3rd Floor
Newark, New Jersey 07102

07102-355903